**Name, Address and Phone Number of Attorney(s):**
Michael Wallin, Cal. Bar No. 240344
Wallin & Russell LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610
Phone: (949) 652-2202

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON CLARK SUSTAINABLE CAPITAL, INC., Plaintiff(s) <br><br> v. <br><br> AMERICAN BIODIESEL, INC., Defendant(s) | **CASE NUMBER** <br> 3:22-cv-05274 <br><br> **ORDER TO APPEAR FOR EXAMINATION RE:** <br><br> ■ ENFORCEMENT OF JUDGMENT <br> ☐ ATTACHMENT (Third Person) <br><br> ■ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ■ **GRANTED**   ☐ **DENIED.**

**TO:** Bradley Baker on behalf of judgment debtor AMERICAN BIODIESEL, INC.

**YOU ARE ORDERED TO APPEAR** personally to:

- ■ furnish information to aid in enforcement of a money judgment against you.
- ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

**Date of Examination**: ~~May 24, 2023~~ June 26, 2023
**Time:** ~~2:00 p.m.~~ 10:00 a.m.
**Location**: Courtroom G – 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102

This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
*(Name of appointed process server)*

Date: 05/11/2023

_____
U.S. District Judge/U.S. Magistrate Judge

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.