UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON CLARK SUSTAINABLE CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BIODIESEL, INC., <br><br> Defendant. | Case No. 22-cv-05274-WHO   (LJC) <br><br> **ORDER VACATING JUDGMENT DEBTOR EXAM** |

On May 25, 2023, Plaintiff entered a satisfaction of judgment. ECF No. 30. Accordingly, the Court vacates the judgment debtor exam scheduled for June 26, 2023, at 10:00 AM in San Francisco.

**IT IS SO ORDERED.**

Dated: June 7, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge